■ In the Matter of NICHOLAS RUBINO, Appellant, v. EMPIRE HEATING CORPORATION et al., Respondents.— Motion for reargument and for other relief referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion for reargument and for other relief denied, without prejudice to an application at Special Term for a new trial or hearing on the ground of newly discovered evidence. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of HERMAN STREGER et al., Appellants, v. ROBERT C. WEAVER, as State Rent Administrator, et al., Respondents, and FADRO HOLDING CORPORATION, Intervenor-Respondent.— Motion for leave to appeal to the Court of Appeals denied. Ughetta, Kleinfeld, Christ and Pette, JJ., concur; Beldock, Acting P. J., not voting.

■ MADELINE MALAVARCO, as Administratrix of the Estate of SAM MALAVARCO, Deceased, Appellant, v. VILLAGE OF DOBBS FERRY et al., Respondents.— Motion by appellant to restore the appeal to the calendar and to further extend appellant's time to perfect the appeal, granted. The appeal is ordered on the calendar for the March Term, commencing February 27, 1961; time to perfect appeal enlarged accordingly. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ ATTILIO MERCANTINI, as Executor of CONSTANCE POTENZA, Deceased, Plaintiff, v. ELVIRA INNAMORATI, Defendant. ATTILIO MERCANTINI, as Executor of CONSTANCE POTENZA, Deceased, Appellant; GEORGE JACOBS, Respondent.— Motion by respondent to dismiss appeal from order dated October 28, 1960 and entered November 1, 1960, denying appellant's motion for reargument. Motion granted. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE DIBLIN, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the March Term, commencing February 27, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's coram nobis application. It appears from the motion papers that appellant either has in his possession a copy of the original papers to be used in the consideration of this appeal or has full knowledge of the contents of such papers. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CURTIS ORNEAL MCKEITHAN, Appellant.— Motion by respondent to dismiss appeal denied. Cross motion by appellant for enlargement of time to perfect appeal, granted; time enlarged to the February Term, beginning January 30, 1961; the appeal is ordered on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.